JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT ADECCO USA INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY MILLER, <br><br> Plaintiff, <br><br> vs. <br><br> ADECCO Staffing, COMPUTERSHARE, ABC CORPORATIONS" 1-5 (fictitious names not known to Plaintiffs at this time), <br><br> Defendants. | Civil Action No. 2:19-cv-19997 <br><br> **NOTICE OF MOTION TO COMPEL ARBITRATION AND DIMSISS PLAINTIFF TIFFANY MILLER'S COMPLAINT** <br><br> <u>Return Date: January 6, 2020</u> |

To:  Silvia G. Gerges, Esq.
     Lawrence & Gerges, LLC
     242 Washington Avenue
     Suite E
     Nutley, NJ  07110
     Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on January 6, 2020, at 9:00 a.m. or as soon as thereafter as counsel may be heard, Defendant Adecco USA Inc., improperly named as Adecco Staffing ("Defendant"), by and through its attorneys, Jackson Lewis P.C., will move before the United States District Court for the District of New Jersey, for an order to compel arbitration.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely upon the Declaration of Timothy D. Speedy, Esq. and Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if this motion is opposed.

>
> JACKSON LEWIS P.C.
> 200 Connell Drive
> Suite 2000
> Berkeley Heights, NJ 07922
> (908) 795-5200
>
>
> By: *s/ Timothy D. Speedy*
> Timothy D. Speedy, Esq.
> Linda J. Posluszny, Esq.
> ATTORNEYS FOR DEFENDANT

Dated: November 27, 2019
4823-3021-5598, v. 1