JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT ADECCO USA INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY MILLER,<br><br>   Plaintiff,<br><br>vs.<br><br>ADECCO Staffing, COMPUTERSHARE, ABC CORPORATIONS" 1-5 (fictitious names not known to Plaintiffs at this time),<br><br>   Defendants. | Civil Action No. 2:19-cv-19997<br><br>**CONSENT ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ENFORCING THE PARTIES' AGREEMENT TO ARBITRATE THEIR DISPUTES** |

THIS MATTER having been opened to the Court by Jackson Lewis P.C., attorneys for Defendant Adecco USA Inc. ("Defendant") for an Order dismissing this action in its entirety and compelling the Plaintiff Tiffany Miller ("Plaintiff") to arbitrate her claims against Defendant pursuant to the Voluntary Dispute Resolution and Arbitration Agreement for Consultants/Associates ("Arbitration Agreement") Plaintiff executed on August 9, 2017, and the parties having discussed the matter and Plaintiff and Defendant Computershare, Inc. having consented to this Order, and for good cause shown;

IT IS on this ___6th___ day of ___January___ 2020

ORDERED that Plaintiff's Complaint as to Defendant and Computershare, Inc. be and hereby is dismissed with prejudice and without costs or attorneys' fees; and

IT IS FURTHER ORDERED that the Plaintiff is directed to proceed to arbitration in accordance with the terms of the Arbitration Agreement; and

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon all counsel via ECF.

**IT IS SO ORDERED.**

_____
Hon. Susan D. Wigenton, U.S.D.J

I hereby consent to the form and entry of the within Order:

ATTORNEYS FOR PLAINTIFF
TIFFANY MILLER

_____
Silvia G. Gerges, Esq.
LAWRENCE & GERGES, LLC
242 Washington Avenue, Suite E
Nutley, New Jersey 07110
(973) 833-4900

Dated: December 30, 2019

ATTORNEYS FOR DEFENDANT
ADECCO USA INC.

_____
Timothy D. Speedy, Esq.
Linda J. Posluszny, Esq.
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

Dated: December ___, 2019

ATTORNEYS FOR DEFENDANT
COMPUTERSHARE INC.

_____
William P. McLane, Esq.
LITTLER MENDELSON, PC
One Newark Center
Eighth Floor
Newark, NJ 07102
(973) 848-4700

Dated: December 30, 2019

4846-0425-9503, v. 1